AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
17 AUG 24 PM 2:10
CLERK-ALBUQUERQUE

| | |
|---|---|
| United States of America<br>v.<br><br>Roy G. ~~Helbron~~<br>HEILBRON  Heilbron  /m/<br>Defendant | ) ) ) ) ) ) )  Case No. 17mj 2054 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Roy G. Heilbron,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001 (using a false document in a federal matter) and
18 U.S.C. § 1512 (obstruction of an official proceeding)

Date:  08/09/2017

_____
Issuing officer's signature

KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE
Printed name and title

City and state:  Albuquerque, New Mexico

---

### Return

This warrant was received on (date) 8/21/2017, and the person was arrested on (date) 8/19/17
at (city and state) CHARLOTTE, NC.

Date:  8/21/17

_____
Arresting officer's signature

DAVID E. DREW  SA, FBI
Printed name and title